# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   (212) 465-1124
anne@leelitigation.com

January 16, 2014

**VIA ECF**
The Honorable Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

RE:   Camille v. Sterling Bancorp., et al.
         Case No. 13-cv-3243

Dear Judge Feuerstein:

We are counsel to Plaintiff.  As we informed the Court during the initial conference on December 17, 2013, we had been unable to contact our client in the several weeks preceding the conference.  Since the conference, we have continued to diligently attempt to reach our client through telephone calls, text messages, emails and mail.  We have not received any response from at all.  As such, we must withdraw as counsel.  We hereby respectfully request the Court to So Order the termination of our representation of Plaintiff.  Should the Court require a formal motion to withdraw, we will file same.

In addition, so that Plaintiff may have the opportunity to seek alternative counsel, we respectfully request an adjournment of all dates and deadlines, *sine die*, including, but not limited to: (i) the deadline for Plaintiff to file an amended complaint (currently January 17, 2014), and (ii) the status conference scheduled for February 26, 2014.

We respectfully request that the Court provide the Plaintiff sixty (60) days to retain alternate counsel.

We thank Your Honor for considering this matter.

Respectfully Submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc:   Wendy J. Mellk, Esq. (via ECF)
         Mr. Woodley Camille (via email and certified mail)